McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
(732) 733-6200
Attorneys for Plaintiff,
National Life Insurance Company

| | |
|---|---|
| **NATIONAL LIFE INSURANCE COMPANY,**  **Plaintiff,**  v.  **JOHN WEILAND, CINDY WEILAND, LARRY REED, DONALD HERMANSKY, DIANE SHUTTLEWORTH, AND CLARENCE VAN HORN**  **Defendants.** | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY  CIVIL ACTION NO.: 1:18-cv-15765 (RMB) (JS) |

### CIVIL ACTION – ORDER ENTERING DEFAULT JUDGMENT AGAINST CLARENCE VAN HORN

**THIS MATTER** having been opened to the Court upon motion by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff National Life Insurance Company ("National Life"), upon notice to [1] Asaad Sidiqqi, Esq., attorney for Defendants John Weiland and Cindy Weiland; [2] Clarence Van Horn, Defendant in Default; [3] Larry Reed; [4] Donald Hermansky; and [5] Diane Shuttleworth; and it appearing to the Court that Defendant in Default Clarence Van Horn has failed to answer or otherwise respond to National Life's Complaint, and the Court having reviewed and considered the application and all materials submitted herewith and all pleadings and proceedings to date, and the Court being satisfied that good cause exists for the

entry hereof: And for the reasons set forth in the moving brief

**IT IS**, on this 29th day of March, 2020,

**ORDER, ADJUDGED AND DECREED** that the Court hereby grants default judgment pursuant to Fed. R. Civ. P. 55(b)(2) in favor of National Life and against Defendant in Default Clarence Van Horn; and it is further

**ORDERED, ADJUDGED AND DECREED** that National Life is wholly and completely discharged and absolved from any liability, of whatsoever nature, to Clarence Van Horn regarding two policies of life insurance issued by National Life more particularly described in the complaint in this action, bearing policy numbers NL\*\*\*1958 and \*\*\*\*863 issued to and insuring the life of Charles S. Calvert, Decedent, on account of his death;

**ORDERED, ADJUDGED AND DECREED** that National Life and its employees, agents, officers, directors, fiduciaries, shareholders, attorneys, parent and affiliated corporations, predecessors and successors-in-interest, subsidiaries and assigns shall be released and discharged from any and all liability, suits, debts, judgments, dues, sums, and/or cause of action, whether at law or in equity, to Clarence Van Horn for any and all life insurance benefits arising under and pursuant to policy numbers NL\*\*\*1958 and \*\*\*\*863;

**ORDERED, ADJUDGED AND DECREED** that Clarence Van Horn is hereby permanently restrained and enjoined from instituting and/or prosecuting any other suit, cause of action of civil proceeding in any state, federal or other court of competent jurisdiction against National Life seeking life insurance benefits pursuant to policy numbers NL\*\*\*1958 and \*\*\*\*863, or asserting damage claims arising under the Policies, on account of the death of the Decedent; and it is further

**ORDERED, ADJUDGED AND DECREED** that a copy of this Order and Judgment shall be served upon all parties within seven (7) days of receipt thereof.

*[Signature]*
HON. RENEE MARIE BUMB, U.S.D.J.

#4312078

Dated: March 29, 2021